382 A.2d 756

Commonwealth v. Smith, Appellant.

Submitted September 13,

634

1976. Marshall E. Kresman, and Walder, Martin & Kresman, for appellant; Steven H. Goldblatt and Deborah E. Glass, Assistant District Attorneys, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissents.